TDCJ Offender Details     5H, 836-02     Page 1 of 2

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     TDCJ Home     New Offender Search

# Offender Information Details

| Return to Search list |
|---|

| | |
|---|---|
| **SID Number:** | 05562215 |
| **TDCJ Number:** | 00888996 |
| **Name:** | DUHON,LENNIS J |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1956-12-04 |
| **Maximum Sentence Date:** | LIFE SENTENCE |
| **Current Facility:** | ALLRED |
| **Projected Release Date:** | LIFE SENTENCE |
| **Parole Eligibility Date:** | 2039-01-15 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

**SPECIAL INFORMATION FOR SCHEDULED RELEASE:**

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

| Parole Review Information |
|---|

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1999-01-15 | CAPITAL MURDER | 1999-06-23 | HARRIS | 813311 | 9999-99-99 |